**Opinion issued December 10, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-01012-CR**

**NO. 01-13-01013-CR**

**NO. 01-13-01014-CR**

————————————

**IN RE DENNIS JAMES POLEDORE, JR., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Dennis James Poledore, Jr., has filed a petition for writ of mandamus, seeking to compel the trial court to rule on two motions he filed in the trial court in conjunction with his application for writ of habeas corpus.[*]

---

[*] The underlying cases are *Ex parte Dennis James Poledore, Jr.*, cause number 42537B, 42538B, and 42572B, pending in the 240th District Court of Fort Bend County, Texas, the Hon. Thomas R. Culver III presiding.

We **dismiss** the petition for writ of mandamus for want of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).